**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 1, 2021**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 21-30620 |
|---|---|
| Michael David Young | (Chapter 13) |
| Jennifer Taft Young | |
| Debtors | JUDGE GUY R. HUMPHREY |

AGREED PRE-CONFIRMATION DISMISSAL ORDER  (DOC. 31)

This matter is scheduled for hearing on July 1, 2021, upon the Chapter 13 Trustee's Motion to Dismiss for Cause (Doc. 31), and the Debtors' response thereto (Doc. 33). Upon agreement of the parties,

IT IS ORDERED:

1) the Chapter 13 Trustee's Motion to Dismiss is hereby granted;

2) this case is dismissed.

3) The Trustee will refund to the Debtors any balance on hand at the entry of this order.

   IT IS SO ORDERED.

Approved By:

/s/ John G. Jansing
John G. Jansing 0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com


/s/ Russ B Cope
Russ B Cope  0083845
Attorney for Debtors
Cope Law Offices LLC
6826 Loop Rd
Dayton, OH  45459
(937)401-5000   Fax (877)845-1231
email: ecf@copelawoffices.com

**Copies:** All Creditors and Parties in Interest.